**JACKSONKELLY** PLLC

310 WEST BURKE STREET • P.O. BOX 1068 • MARTINSBURG, WEST VIRGINIA 25402 • TELEPHONE: 304-263-8800 • TELECOPIER: 304-263-7110

www.jacksonkelly.com

October 4, 2021

Writer's Direct Dial No: 304 260-4942
Internet: eric.hulett@jacksonkelly.com

<u>*Via E-Filing*</u>

The Honorable Gina M. Groh
Chief Judge
United States District Court
Northern District of West Virginia
217 W. King Street
Martinsburg, WV 25401

      Re:    ***United States for the Use and Benefit of Master Masonry LLC v. Travelers Casualty and Surety Company.***
             United States District Court for the Northern District of West Virginia
             Civil Action No. 3:16-cv-00050

Dear Judge Groh:

      In response to the letter received from the Court (Doc. # 61) on September 29, 2021, informing counsel of stock ownership relative to the above-referenced civil action, my client, Greenland Enterprises, Inc., has no objection.

      Thank you for your time and consideration. Please do not hesitate to contact me if you have any questions.

                                              Sincerely,

                                              */s/ Eric J. Hulett*

                                              Eric J. Hulett

EJH/lea
cc:     All counsel of record *(via E-File only)*

4830-5202-2781.v1

Bridgeport, WV • Charleston, WV • Martinsburg, WV • Morgantown, WV • Denver, CO
Evansville, IN • Lexington, KY • Akron, OH • Pittsburgh, PA • Washington, DC